## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JENNIFER MICK,** | ) |
| and | ) |
| **JOHN MICK** | ) |
| Plaintiffs, | ) Case No. 2:17-cv-02677-CM-KGS |
| vs. | ) |
| **SECURITY BANK OF KANSAS CITY f/k/a CITIZENS STATE BANK,** | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Jennifer and John Mick, with the stipulation and agreement of Defendant, Security Bank of Kansas City f/k/a/ Citizens State Bank, hereby dismiss this action with prejudice, with each party to bear its or their own costs.

Respectfully submitted,

CREDIT LAW CENTER

  /s/ Andrew M. Esselman
Andrew M. Esselman # 26113
4041 NE Lakewood Way, Suite 200
Lee's Summit, MO 64064
Tele:   (816) 246-7800
Fax:    (855) 523-6884
AndrewE@creditlawcenter.com
**ATTORNEY FOR PLAINTIFF**

and

**ROBERT A. KUMIN, P.C.**

**By:    /s/ Robert A. Kumin**
Robert A. Kumin, KS Bar #11842
Scottie S. Kleypas, KS Bar #20650
6901 Shawnee Mission Parkway, Suite 250
Overland Park, Kansas 66202
Direct Line: (913) 432-1826

Fax: (913) 236-7115
rkumin@kuminlaw.com
skleypas@kuminlaw.com
Counsel for Security Bank of Kansas City

CERTIFICATE OF SERVICE

    This certifies that on this 1st day of June 2018, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sends notification of such filing to all counsel of record.

/s/ Andrew M. Esselman
Attorney for Plaintiff